FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 22 2019 ★
BROOKLYN OFFICE

**Sheehan & Associates, P.C.**

505 Northern Boulevard, Suite 311, Great Neck, NY 11021
tel. 516.303.0552
fax 516.234.7800
spencer@spencersheehan.com

April 19, 2019

District Judge Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   1:19-cv-00650-NGG-PK
      <u>Jamison v. Target Corporation</u>

Dear District Judge Garaufis:

    This office represents the plaintiff in the above action and requests an extension of time to prove service to the Court. Individual Rules of Judge Nicholas G. Garaufis ("Individual Rules"), Section II(E) (requests for extension of deadline must be made on at least 48 hours in advance).

    The original date by which service is required to be proved is Friday, May 3, 2019. Fed. R. Civ. P. 4(m) (allowing 90 days for defendant to be served); Fed. R. Civ. P. 6(a)(1)(A)-(B) (excluding the date triggering the period and counting intermediate weekends). No previous requests for adjournments or extensions of time have been sought, granted or denied.

    The adversary has not consented to this request because defendant has not appeared or otherwise contacted plaintiff's counsel. On February 28, 2019, plaintiff mailed "a copy of the complaint, 2 copies of the waiver form…and a prepaid means for returning the form" to C T Corporation System, 1010 Dale St N, Saint Paul, MN 55117-5603, defendant's registered agent in its state of formation. Fed. R. Civ. P. 4(d)(1) (reciting requirements to request a waiver).

    On April 17, 2019, plaintiff effected the "delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process" to the aforementioned registered agent through a process server in that jurisdiction. Fed. R. Civ. P. 4(h)(1)(B) ("Serving a Corporation, Partnership, or Association.").

    Plaintiff requests an extension of 30 days, until Monday May 20, 2019, to obtain and file an executed waiver so defendant may obtain additional time to move or answer in response to the complaint. Fed. R. Civ. P. 4(d)(4) ("Results of Filing a Waiver"). This will make it less necessary for defendant to hurriedly request an extension of time from the Court or plaintiff to move or answer and conserve judicial resources. Thank you.

Respectfully submitted,

/s/ Spencer Sheehan
Spencer Sheehan

**APPLICATION GRANTED.**
**So Ordered.**

s/Nicholas G. Garaufis
**NICHOLAS G. GARAUFIS**
**United States District Judge**
**Dated:** 4/19/19

Certificate of Service

I certify that on April 19, 2019, I served the foregoing by electronically filing and/or mailing (first-class mail) same, to the persons or entities indicated below, at their last known address of record (blank where not applicable).

_____      ☐ CM/ECF        ☐ First-Class Mail

                                                    /s/ Spencer Sheehan
                                                    Spencer Sheehan