Case Number:  _____- CV - _____  (_____) (PK)

## PROPOSED DISCOVERY PLAN

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A.  ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1.   Rule 26(f) Conference held | | | |
| 2.   Rule 26(a)(1) disclosures exchanged | | | |
| 3.   Requests made: | | | |
|     a.   Medical records authorization | | | |
|     b.   Section 160.50 releases for arrest records | | | |
|     c.   Identification of John Doe/Jane Doe defendants | | | |
|     d.   Proposed Stipulation of Confidentiality | | | |
| 4.   Procedures for producing Electronically Stored Information (ESI) discussed | | | |
| **B.  SETTLEMENT** | | | |
| 1.   Plaintiff to make settlement demand | | | |
| 2.   Defendant to make settlement offer | | | |
| 3.   Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | | |
| 4.   Settlement Conference (proposed date) | | | |
| **C.  PROPOSED DEADLINES** | | | |
| 1.   Motion to join new parties or amend pleadings | | | |
| 2.   Initial documents requests and interrogatories | | | |
| 3.   All fact discovery to be completed (including disclosure of medical records) | | | |
| 4.   Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | |
| 5.   Expert discovery (only if needed)   *Check here if not applicable* ☐ | | | |

Rev. 9-14-18

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| | Plaintiff expert proposed field of expertise: | | | |
| | Defendant expert proposed field of expertise: | | | |
| a. | Case-in-chief expert report due | | | |
| b. | Rebuttal expert report due | | | |
| c. | Depositions of experts to be completed | | | |
| 6. | Completion of ALL DISCOVERY | | | |
| 7. | Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | |
| 8. | If District Judge requires Pre-Motion Conference, date to make request | | | |
| 9. | If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | | |
| 10. | Joint Pre-Trial Order due (if no dispositive motion filed) | | | |

## D.  CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | | |
|---|---|---|
| 1. | All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes<br>☐ No |
| 2. | All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>☐ No |

## E.  *COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY*

| | | | | |
|---|---|---|---|---|
| 1. | Motion for collective action certification in FLSA cases | | | |
| | a.  Response due | | | |
| | b.  Reply due | | | |
| 2. | Motion for Rule 23 class certification | | | |
| | a.  Response due | | | |
| | b.  Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____          _____

**PEGGY KUO**                                                **Date**
United States Magistrate Judge

Rev. 9-14-18