Case Number: 1:19- CV - 00650( NGG) (PK)

# PROPOSED DISCOVERY PLAN

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | 9/6/2019 |
| 2. Rule 26(a)(1) disclosures exchanged | X | | |
| 3. Requests made: | | | |
|    a. Medical records authorization | | X | |
|    b. Section 160.50 releases for arrest records | | X | |
|    c. Identification of John Doe/Jane Doe defendants | | X | |
|    d. Proposed Stipulation of Confidentiality | X | | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | X | | |
| **B. SETTLEMENT** | | | |
| 1. Plaintiff to make settlement demand | X | | July 1, 2019 |
| 2. Defendant to make settlement offer | X | | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | X | |
| 4. Settlement Conference (proposed date) | | X | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | 3/25/2020 |
| 2. Initial documents requests and interrogatories | | | 1/29/2020 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 6/10/2020 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 6/14/2020 |
| 5. Expert discovery (only if needed) | _Check here if not applicable_ ☐ | | |

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| Plaintiff expert proposed field of expertise: | | | | |
| Defendant expert proposed field of expertise: | Damages, Consumer Perception, Graham Cracker Market | | | |
| a. Case-in-chief expert report due | | | | ~~8~~/12/2020 (7) |
| b. Rebuttal expert report due | | | | ~~10~~/14/2020 (9) |
| c. Depositions of experts to be completed | | | | ~~12~~/2/2020 (11) |
| 6. Completion of ALL DISCOVERY | | | | ~~12~~/2/2020 (11) |
| 7. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | | ~~12~~/16/2020 (11) |
| 8. If District Judge requires Pre-Motion Conference, date to make request | | | | 12/~~16~~/2020 (2) |
| 9. If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | | X | |
| 10. Joint Pre-Trial Order due (if no dispositive motion filed) | | | | 90 days after later of certification motion or dispositive motion decision. |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes<br>X No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | Yes<br>X No |

## E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | X | |
| a. Response due | | X | |
| b. Reply due | | X | |
| 2. Motion for Rule 23 class certification | | | 30 days after decision on dispositive motion, if any. |
| a. Response due | | | 60 days after opening brief on motion for class certification. |
| b. Reply due | | | 30 days after response on |

|  |  |  | motion for class certification. |
|--|--|--|--|

This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.

SO ORDERED:

*Peggy Kuo*                 12/6/19
_____        _____
PEGGY KUO                       Date
United States Magistrate Judge